■ JAMES WALSH et al., Respondents, v CHARLES ROSS, INC., Defendant and Third-Party Plaintiff, et al., Third-Party Defendant and Fourth-Party Plaintiff. WARNER BROTHERS, INC.,

Fourth-Party Defendant-Appellant. — Order, Supreme Court, New York County (Andrew Tyler, J.), entered on June 22, 1984, unanimously affirmed, without costs and without disbursements, and without prejudice to further application after compliance with said order. The appeal from the order of said court, entered on or about December 1, 1983, is unanimously dismissed as having been superseded by the appeal from the aforesaid order, without costs and without disbursements. No opinion. Concur — Asch, J. P., Bloom, Fein and Kassal, JJ.